IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>LUIS A. BETANCOURT-CORREA<br>Defendant | CRIMINAL 13-0010CCC |

**ORDER**

Having considered the Report and Recommendation filed on May 13, 2013 (**docket entry 32**) on a Rule 11 proceeding of defendant Luis A. Betancourt-Correa held before U.S. Magistrate Judge Marcos E. López on May 7, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 7, 2013. The **sentencing hearing is set for August 7, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on May 30, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge